IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNADETTE SANTIAGO,<br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner<br>of the Social Security Administration,<br>    Defendant. | CIVIL ACTION<br>No. 14-7307 |

FILED
JUN 10 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

## ORDER

**AND NOW**, this 9th day of June 2016, upon careful and independent consideration of the administrative record, the briefs of the parties, and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter [Doc. No. 18], to which there were no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 18] is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review is **GRANTED**, the decision of the Commissioner of Social Security is **REVERSED** and this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the thorough and well-reasoned Report and Recommendation.

3. Judgment is entered in favor of Plaintiff for purpose of remand only.

It is so **ORDERED**.

BY THE COURT:

_/s/ Cynthia M. Rufe_
**CYNTHIA M. RUFE, J.**